IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE L. SIFUENTES, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-15-209 |
| | § | |
| NANCY A. BERRYHILL, | § | |
| ACTING COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| Defendants. | § | |

# ORDER

On July 21, 2017, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 23]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, the petition for review of the denial of Disability Insurance Benefits and Supplemental Security Income benefits filed by Jorge L. Sifuentes is denied.

Signed this 11th day of October, 2017.

Andrew S. Hanen
United States District Judge